Gregory A. Akers (SBN 91936)
10731 Treena St.
Suite 209
San Diego, CA 92131
858/635-9350

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Raveen Data Systems, Inc., Debtor. | Case No. 99-07410-A7<br>TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT ESTATE HAS BEEN FULLY ADMINISTERED, APPLICATION FOR DISCHARGE AND FOR TRANSMITTAL OF UNCLAIMED FUNDS PURSUANT TO FRBP 3011 |

I, Gregory A. Akers, Trustee of the above-named debtor(s), do hereby file this Final Account, Certification that Estate has been Fully Administered, and Application for Discharge. I declare that I have issued and delivered or mailed checks to each creditor and any other party in interest specified in the Notice of Intent to Distribute.

I further state that all checks so issued have been cashed, except for certain checks, if any, which were issued more than ninety days prior to the date of this Final Account and remain unclaimed or uncashed and that all canceled or voided checks accompany this Final Account.

[ ] All checks have been cashed and my bank account shows a zero balance.

[ X ] Transmitted herewith is my Trustee's check in the sum of $5,668.77 for deposit in the Registry of the United States Bankruptcy Court pursuant to Fed. R. of Bankr. P. 3011 representing unclaimed or uncashed dividend checks. Stop payment notices have been issued to the bank on each of the uncashed checks. I request that the clerk accept the unclaimed funds for deposit for the claimants set forth at the bottom of this form.

I certify under penalty of perjury to the Court and the United States Trustee that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, I request that this Final Account be accepted and that the Court order the case closed so that I am discharged of my bond and any further duties in this case.

Date: 26 November 2004

Gregory A. Akers, Chapter 7 Trustee

**REVIEWED BY THE OFFICE OF THE UNITED STATES TRUSTEE**

The Office of the United States Trustee has reviewed the Final Account, Certification that Estate has been Fully Administered, and Application for Discharge of the trustee and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

STEVEN JAY KATZMAN
UNITED STATES TRUSTEE

Dated: 12/10/04

By: ______ for
John Patrick Boyl
Assistant United States Trustee

**SCHEDULE OF UNCLAIMED OR UNCASHED DIVIDEND CHECKS**

| CHECK NO. | NAME & ADDRESS OF PAYEE | AMOUNT |
| --- | --- | --- |
| 108/113 | S. Saysansay<br>7147 Hyatt St.<br>San Diego, CA 92111 | $1,368.77 |
| 110 | Bruce Mayo<br>45306 Callesita Ordenes<br>Temecula, CA 92592 | $4,300.00 |

**OFFICE OF THE UNITED STATES TRUSTEE**
402 West Broadway, Suite 600
San Diego, CA 92101
(619) 557-5013

TO: Audria Hakow

DATE: December 15, 2004

**TRANSMITTAL OF CHAPTER 7**
**FINAL ACCOUNT(S)**

Attached are the originals and two copies of Chapter 7 Supplements to Final Report(s). Please file-stamp the documents and forward conformed copies bearing the judge's signature to the Office of the United States Trustee and the case trustee.

If you have any questions or comments regarding the Supplements to the Final Report(s), please contact the United States Trustee's office, and ask to speak to Sam Wray or John P. Boyl, Assistant U.S. Trustee.

1. 99-07410-A7 Ravenn Data Systems, Inc.,

Transmitted to Court the trustee's check number 0260026534, in the amount of $5,668.77 for deposit in the Registry of the United States Bankruptcy Court pursuant to Fed.R. of Bankr. P.3011 representing unclaimed or uncashed dividends checks. Stop payment notices have been issued to the bank on each of the uncashed checks. The Trustee requests that the clerk accept the unclaimed funds for deposit in the Registry of the United States Bankruptcy Court.



6/R

October 1 - October 31, 2004
**Page 1 of 6**

312-00312-E000-00312- H -113-9-03-W X -1 00-

99-07410-A7 RAVENN DATA SYSTEMS INC
DEBTOR
#007310 GREGORY AKERS TRUSTEE
BR 312,4 NYP 17TH FLOOR
NEW YORK NY 10041-0001

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number: 312-7329683-66
Number of Checks Enclosed: 0

## OVERVIEW

**Deposit Accounts - JPMorgan Chase Bank ("Bank")**

| *Checking* | *Opening Balance* | *Total Credits* | *Total Debits* | *Ending Balance* |
|---|---|---|---|---|
| BusinessCustom Checking 312-7329683-66 | 5,668.77 | 0.00 | 5,668.77 | 0.00 |
| Bankruptcy MMA 312-7329683-65 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **5,668.77** | **0.00** | **5,668.77** | **0.00** |

**THIS ENDS YOUR STATEMENT OVERVIEW**

 October 1 - October 31, 2004
Page 3 of 6

312-00312-E000-00312- H -113-9-03-W X -1 00-

Primary Account Number: 312-7329683-66

**BusinessCustom Checking** Account # 312-7329683-66 99-07410-A7 Ravenn Data Systems Inc Debtor

Summary

| | Number | Amount |
|---|---|---|
| Opening Balance | | 5,668.77 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 1 | 5,668.77 |
| Checks Paid | 0 | 0.00 |
| **Ending Balance** | | **0.00** |

**Withdrawals and Debits**

| Date | Description | Amount |
|---|---|---|
| 10/20 | Debit Memorandum<br>Ref: Manual Check - Toronda Williams<br>Williams | 5,668.77 |
| | **Total** | **5,668.77** |

**Daily Balances**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/20 | 0.00 | | | | | | |



312-00312-E000-00312- H -113-9-03-W X -1 00-

Primary Account Number: 312-7329683-66

**Bankruptcy MMA** Account # 312-7329683-65 **99-07410-A7 Raven Data Systems Inc #007310 Gregory A Akers TTEE**

**Summary**

| | *Number* | *Amount* |
|---|---|---|
| Opening Balance | | 0.00 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 0 | 0.00 |
| **Ending Balance** | | **0.00** |

Interest Credited in 2004 35.75

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Period Ending:** 11/24/04

**Trustee:** (007310) GREGORY A. AKERS
**Filed (f) or Converted (c):** 02/08/00 (c)
**§341(a) Meeting Date:** 05/15/00
**Claims Bar Date:** 02/06/01

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLES (u) | 0.00 | 0.00 | | 3,900.00 | FA |
| 2 | CASH IN BANK (u) | 0.00 | 0.00 | | 16,878.91 | FA |
| 3 | ALL ASSETS OF ESTATE (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 4 | DUE FROM RITZMANN (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | UNAUTHORIZED CH 11 EXPENDITURES (u) | 21,653.26 | 21,653.26 | | 21,653.26 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,386.32 | FA |
| 6 | **Assets** **Totals** (Excluding unknown values) | **$21,653.26** | **$31,653.26** | | **$53,818.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

CLAIMS REVIEW AND PREPARE TFR AND FEE APPLICATION.

**Initial Projected Date Of Final Report (TFR):** September 30, 2001

**Current Projected Date Of Final Report (TFR):** June 30, 2004 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-65 - Money Market Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/00 | {1} | RICOH | A/R | 1221-000 | 400.00 | | 400.00 |
| 05/02/00 | {1} | PSINET | A/R | 1221-000 | 500.00 | | 900.00 |
| 05/22/00 | {1} | PSI NET | POP RENT | 1221-000 | 500.00 | | 1,400.00 |
| 05/22/00 | 1001 | ALLSPACE - SAN MARCOS<br>1450 A GRAND AVENUE<br>SAN MARCOS,, CA 92069 | STORAGE UNIT F900-U; MAY 2000 | 2410-000 | | 710.00 | 690.00 |
| 05/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 1.35 | | 691.35 |
| 06/06/00 | {2} | BANK OF AMERICA | CASH FROM BANK ACCT | 1229-000 | 147.25 | | 838.60 |
| 06/06/00 | {1} | TRW | A/R | 1221-000 | 2,000.00 | | 2,838.60 |
| 06/06/00 | 1002 | ALLSPACE - SAN MARCOS<br>1450 A GRAND AVENUE<br>SAN MARCOS., CA 92069 | UNIT F900-U; JUNE 00 | 2410-000 | | 700.00 | 2,138.60 |
| 06/20/00 | {2} | CAL FED | TURNOVER OF DIP FUNDS | 1229-000 | 16,731.66 | | 18,870.26 |
| 06/20/00 | {1} | PSINET | POP RENT | 1221-000 | 500.00 | | 19,370.26 |
| 06/27/00 | 1003 | ALLSPACE - SAN MARCOS<br>1450 A GRAND AVENUE<br>SAN MARCOS,, CA 92069 | SPACE F900-U; JULY 2000 | 2410-000 | | 700.00 | 18,670.26 |
| 06/30/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 11.57 | | 18,681.83 |
| 07/27/00 | 1004 | ALLSPACE - SAN MARCOS<br>1450 A GRAND AVENUE<br>SAN MARCOS,, CA 92069 | SPACE F900-U; AUGUST 2000 | 2410-000 | | 700.00 | 17,981.83 |
| 07/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 36.48 | | 18,018.31 |
| 08/26/00 | {3} | GLENN RITZMANN | PURCHASE ALL ASSETS | 1229-000 | 10,000.00 | | 28,018.31 |
| 08/26/00 | 1005 | ALLSPACE - SAN MARCOS<br>1450 A GRAND AVENUE<br>SAN MARCOS,, CA 92069 | SPACE F900-U; SEPTEMBER 2000 | 2410-000 | | 700.00 | 27,318.31 |
| | | | | **Subtotals :** | **$30,828.31** | **$3,510.00** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-65 - Money Market Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 35.19 | | 27,353.50 |
| 09/25/00 | 1006 | COMMERCIAL AUCTION COMPANY<br>5121 SANTA FE STREET, SUITE E<br>SAN DIEGO,, CA 92109 | ADJUSTER SERVICES | 3991-000 | | 441.51 | 26,911.99 |
| 09/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 51.73 | | 26,963.72 |
| 10/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 52.75 | | 27,016.47 |
| 11/30/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 51.12 | | 27,067.59 |
| 12/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1500% | 1270-000 | 50.70 | | 27,118.29 |
| 01/02/01 | 1007 | INTERNATIONAL SURETIES, LTD<br>210 BARONNE STREET<br>SUITE 1700<br>NEW ORLEANS,, LA 70122 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2001 FOR CASE #99-07410-A7, PRO-RATA BLANKET BOND PAYMENT; BOND SB9915570 | 2300-000 | | 17.45 | 27,100.84 |
| 01/09/01 | 1008 | FISCHER AUCTION CO.<br>1426 N. MAGNOLIA AVENUE<br>EL CAJON, CA 92020 | OUT OF POCKET LABOR COSTS RE AUCTION | 3620-000 | | 1,150.00 | 25,950.84 |
| 01/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 46.03 | | 25,996.87 |
| 02/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.8000% | 1270-000 | 36.63 | | 26,033.50 |
| 03/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.7000% | 1270-000 | 37.97 | | 26,071.47 |
| 04/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 35.95 | | 26,107.42 |
| 05/25/01 | {5} | GARY MASON<br>fbo RITZMANN | REPAYMENT OF UNAUTHORIZED CH 11 EXPENDITURES | 1241-000 | 21,653.26 | | 47,760.68 |
| 05/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 37.38 | | 47,798.06 |
| 06/29/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 60.41 | | 47,858.47 |
| 07/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 61.01 | | 47,919.48 |
| 08/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 61.09 | | 47,980.57 |
| | | | | Subtotals : | $22,271.22 | $1,608.96 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-65 - Money Market Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.3000% | 1270-000 | 55.77 | | 48,036.34 |
| 10/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.1500% | 1270-000 | 48.52 | | 48,084.86 |
| 11/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.0500% | 1270-000 | 42.44 | | 48,127.30 |
| 12/11/01 | 1009 | INTERNATIONAL SURETIES, LTD<br>210 BARONNE STREET<br>SUITE 1700<br>NEW ORLEANS,, LA 70122 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/11/2001 FOR CASE #99-07410-A7, LIBERTY MUTUAL INSURANCE CO. BOND #016025040; 11/15/01 - 11/15/02 | 2300-000 | | 32.07 | 48,095.23 |
| 12/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.0500% | 1270-000 | 42.92 | | 48,138.15 |
| 01/31/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.9500% | 1270-000 | 40.70 | | 48,178.85 |
| 02/28/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 33.01 | | 48,211.86 |
| 03/15/02 | 1010 | INTERNATIONAL SURETIES, LTD<br>210 BARONNE STREET<br>SUITE 1700<br>NEW ORLEANS,, LA 70122 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/15/2002 FOR CASE #99-07410-A7, BLANKET BOND #016025040 | 2300-000 | | 5.29 | 48,206.57 |
| 03/20/02 | 1011 | ROBERTS COPY CENTERS<br>325 WEST F STREET<br>SAN DIEGO,, CA 92101 | COPIES | 2200-000 | | 21.96 | 48,184.61 |
| 03/29/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 34.82 | | 48,219.43 |
| 04/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8500% | 1270-000 | 33.70 | | 48,253.13 |
| 05/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 33.66 | | 48,286.79 |
| 06/28/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 31.76 | | 48,318.55 |
| 07/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 32.84 | | 48,351.39 |
| 08/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 30.81 | | 48,382.20 |
| 09/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 29.83 | | 48,412.03 |
| 10/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 30.85 | | 48,442.88 |
| | | | | **Subtotals :** | **$521.63** | **$59.32** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-65 - Money Market Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 20.10 | | 48,462.98 |
| 12/04/02 | 1012 | INTERNATIONAL SURETIES, LTD<br>210 BARONNE STREET<br>SUITE 1700<br>NEW ORLEANS,, LA 70122 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/04/2002 FOR CASE #99-07410-A7, CHAPTER 7 PANEL TRUSTEE BLANKET BOND #016025040 | 2300-000 | | 38.71 | 48,424.27 |
| 12/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 17.69 | | 48,441.96 |
| 01/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 17.69 | | 48,459.65 |
| 02/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 15.99 | | 48,475.64 |
| 03/05/03 | 1013 | ROBERT D. MOLDENHAUER, ESQ.<br>4180 LA JOLLA VILLAGE DRIVE<br>SUITE 240<br>LA JOLLA,, CA 92037-1471 | PER COURT ORDER, CH 7 LEGAL FEES AND COSTS | | | 10,090.57 | 38,385.07 |
| | | | 9,960.00 | 3210-000 | | | 38,385.07 |
| | | | 130.57 | 3220-000 | | | 38,385.07 |
| 03/05/03 | 1014 | ALAN MYERS, CPA | PER COURT ORDER, CH 7 ACCTG FEES AND COSTS | | | 2,718.66 | 35,666.41 |
| | | | 2,298.50 | 3410-000 | | | 35,666.41 |
| | | | 420.16 | 3420-000 | | | 35,666.41 |
| 03/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 13.83 | | 35,680.24 |
| 04/23/03 | 1015 | ROBERT D. MOLDENHAUER, ESQ.<br>4180 LA JOLLA VILLAGE DRIVE<br>SUITE 240<br>LA JOLLA,, CA 92037-1471 | ADDITIONAL COSTS | 3220-000 | | 152.54 | 35,527.70 |
| 04/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 11.73 | | 35,539.43 |
| | | | | **Subtotals :** | **$97.03** | **$13,000.48** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-65 - Money Market Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/03 | 1016 | INTERNATIONAL SURETIES, LTD<br>210 BARONNE STREET<br>SUITE 1700<br>NEW ORLEANS,, LA 70122 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/22/2003 FOR CASE #99-07410-A7 | 2300-000 | | 3.77 | 35,535.66 |
| 05/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 12.08 | | 35,547.74 |
| 06/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 9.84 | | 35,557.58 |
| 07/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 9.06 | | 35,566.64 |
| 08/23/03 | 1017 | INTERNATIONAL SURETIES, LTD<br>210 BARONNE STREET<br>SUITE 1700<br>NEW ORLEANS,, LA 70122 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/23/2003 FOR CASE #99-07410-A7 | 2300-000 | | 1.90 | 35,564.74 |
| 08/29/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 7.55 | | 35,572.29 |
| 09/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 7.31 | | 35,579.60 |
| 10/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 6.82 | | 35,586.42 |
| 11/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 5.85 | | 35,592.27 |
| 12/11/03 | 1018 | INTERNATIONAL SURETIES, LTD<br>210 BARONNE STREET<br>SUITE 1700<br>NEW ORLEANS,, LA 70122 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/11/2003 FOR CASE #99-07410-A7, BLANKET BOND PAYMENT BOND# 016025040 | 2300-000 | | 43.26 | 35,549.01 |
| 12/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 6.04 | | 35,555.05 |
| 01/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 6.02 | | 35,561.07 |
| 02/27/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 5.64 | | 35,566.71 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 5.54 | | 35,572.25 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 4.37 | | 35,576.62 |
| 05/28/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 4.52 | | 35,581.14 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 4.37 | | 35,585.51 |
| | | | | Subtotals : | $95.01 | $48.93 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-65 - Money Market Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 1019 | GREGORY AKERS | PER COURT ORDER, CH 7 TRUSTEE FEES AND COSTS | | | 6,184.37 | 29,401.14 |
| | | | 5,939.72 | 2100-000 | | | 29,401.14 |
| | | | 244.65 | 2200-000 | | | 29,401.14 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 3.76 | | 29,404.90 |
| 08/13/04 | Int | JPMORGAN CHASE BANK | Current Interest Rate is 0.1500% | 1270-000 | 1.53 | | 29,406.43 |
| 08/13/04 | | To Account #312732968366 | CLEAR M/M TRANSFER TO GENERAL ACCOUNT | 9999-000 | | 29,406.43 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **53,818.49** | **53,818.49** | **$0.00** |
| Less: Bank Transfers | 0.00 | 29,406.43 | |
| **Subtotal** | **53,818.49** | **24,412.06** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$53,818.49** | **$24,412.06** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-66 - Checking Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/04 | | From Account #312732968365 | CLEAR M/M TRANSFER TO GENERAL ACCOUNT | 9999-000 | 29,406.43 | | 29,406.43 |
| 08/21/04 | 101 | UNITED STATES TRUSTEE<br>402 WEST BROADWAY, SUITE 600<br>SAN DIEGO,, CA 92101 | U.S. TRUSTEE FEES, CASE 99-07410-A7 | 2950-000 | | 750.00 | 28,656.43 |
| 08/21/04 | 102 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O. BOX 2952<br>SACRAMENTO,, CA 95812-2953 | TAX LIEN; CAL CORP #1870514; RD3S1 | 4800-000 | | 408.00 | 28,248.43 |
| 08/21/04 | 103 | EDD<br>BANKRUPTCY UNIT MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO,, CA 94280-0001 | CH 11 ADM EXPENSE; EDD #412-6632-1 | 6820-000 | | 1,918.10 | 26,330.33 |
| 08/21/04 | 104 | JAMES MICHALSKI<br>4143 WILLIAMETTE AVENUE<br>SAN DIEGO,, CA 92117 | PRIORITY CLAIM | 5300-000 | | 2,411.69 | 23,918.64 |
| 08/21/04 | 105 | SANDRA CLINE<br>619 FALCONER ROAD<br>ESCONDIDO,, CA 92027 | PRIORITY CLAIM | 5300-000 | | 606.55 | 23,312.09 |
| 08/21/04 | 106 | VIRGINIA CREGGER<br>1751 W. CITRICADO CIRCLE, SPACE 204<br>ESCONDIDO,, CA 92029 | PRIORITY CLAIM | 5300-000 | | 982.30 | 22,329.79 |
| 08/21/04 | 107 | BOBBY ACAIN<br>10461 BEDFONT CIRCLE<br>SAN DIEGO,, CA 92126 | PRIORITY CLAIM | 5300-000 | | 3,548.61 | 18,781.18 |
| | | | Subtotals : | | $29,406.43 | $10,625.25 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-66 - Checking Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/04 | 108 | SOUTHONE SAYSANSAY<br>7147 HYATT STREET<br>SAN DIEGO,, CA 92111 | PRIORITY CLAIM<br>Voided on 09/17/04 | 5300-003 | | 1,368.77 | 17,412.41 |
| 08/21/04 | 109 | DARREN MINNICH<br>3670 AVOCADO VILLAGE COURT<br>LA MESA., CA 91941 | PRIORITY CLAIM | 5300-000 | | 2,085.18 | 15,327.23 |
| 08/21/04 | 110 | BRUCE MAYO<br>45306 CALLESITA ORDENES<br>TEMECULA,, CA 92592 | PRIORITY CLAIM<br>Voided on 09/28/04 | 5300-003 | | 4,300.00 | 11,027.23 |
| 08/21/04 | 111 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O. BOX 2952<br>SACRAMENTO,, CA 95812-2953 | PRIORITY TAX CLAIM; CAL CORP #1870514: RD3S1 | 5800-000 | | 8,220.43 | 2,806.80 |
| 08/21/04 | 112 | EDD<br>BANKRUPTCY UNIT<br>P.O. BOX 826880<br>SACRAMENTO,, CA 94280-0001 | PRIORITY TAX CLAIM; EDD #412-6632-1 | 5800-000 | | 2,806.80 | 0.00 |
| 09/17/04 | 108 | SOUTHONE SAYSANSAY<br>7147 HYATT STREET<br>SAN DIEGO,, CA 92111 | PRIORITY CLAIM<br>Voided: check issued on 08/21/04 | 5300-003 | | -1,368.77 | 1,368.77 |
| 09/17/04 | 113 | SOUNTHON SAYSANASY<br>3791 38TH STREET<br>SAN DIEGO,, CA 92105 | PRIORITY CLAIM<br>Voided on 09/28/04 | 5300-003 | | 1,368.77 | 0.00 |
| 09/28/04 | 110 | BRUCE MAYO<br>45306 CALLESITA ORDENES<br>TEMECULA,, CA 92592 | PRIORITY CLAIM<br>Voided: check issued on 08/21/04 | 5300-003 | | -4,300.00 | 4,300.00 |

**Subtotals :** $0.00 $14,481.18

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 99-07410-A7 A
**Case Name:** RAVENN DATA SYSTEMS, INC

**Taxpayer ID #:** 33-0599394
**Period Ending:** 11/24/04

**Trustee:** GREGORY A. AKERS (007310)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-7329683-66 - Checking Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/04 | 113 | SOUNTHON SAYSANASY<br>3791 38TH STREET<br>SAN DIEGO,, CA 92105 | PRIORITY CLAIM<br>Voided: check issued on 09/17/04 | 5300-003 | | -1,368.77 | 5,668.77 |
| 10/26/04 | | U.S. REGISTRY | TRUST CHECK 260026534 | 5300-000 | | 5,668.77 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **29,406.43** | **29,406.43** | **$0.00** |
| Less: Bank Transfers | 29,406.43 | 0.00 | |
| **Subtotal** | **0.00** | **29,406.43** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$29,406.43** | |

| | |
|---|---|
| Net Receipts : | 53,818.49 |
| Net Estate : | $53,818.49 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 312-7329683-65 | 53,818.49 | 24,412.06 | 0.00 |
| Checking # 312-7329683-66 | 0.00 | 29,406.43 | 0.00 |
| | $53,818.49 | $53,818.49 | $0.00 |

PART A

# FORM 4 - Distribution Report for Closed Asset Cases

**Case No.** : 7439907410
**Case Name** : RAVENN DATA SYSTEMS, INC
**Date Filed/Converted to Ch. 7** : 02/08/00
**Date Submitted:** 11/24/04
**Trustee Name** : GREGORY A. AKERS

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| **GROSS RECEIPTS** | $53,818.49 | 100.00% |
| Less: Funds Paid to Debtor: | | |
| Exemptions | 0.00 | 0.00% |
| Excess Funds | 0.00 | 0.00% |
| Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | $53,818.49 | 100.00% |

| SECURED CLAIMS: | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 408.00 | 408.00 | 0.76% |
| **TOTAL SECURED CLAIMS** | $408.00 | $408.00 | 0.76% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $5,939.72 | $5,939.72 | 11.04% |
| Trustee Expenses | 266.61 | 266.61 | 0.50% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 9,960.00 | 9,960.00 | 18.51% |
| Other Firm's Legal Expenses | 283.11 | 283.11 | 0.53% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 2,298.50 | 2,298.50 | 4.27% |
| Other Firm's Accounting Expenses | 420.16 | 420.16 | 0.78% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 1,150.00 | 1,150.00 | 2.14% |
| Other Professional Fees/Expenses | 441.51 | 441.51 | 0.82% |
| Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
| Other Expenses | 3,652.45 | 3,652.45 | 6.79% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
| U.S. Trustee Fees | 750.00 | 750.00 | 1.39% |
| Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $25,162.06 | $25,162.06 | 46.75% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): (From attached Part B)** | $1,918.10 | $1,918.10 | 3.56% |
| WAGES 507(a)(3) | 20,971.87 | 15,303.10 | 28.43% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 145,598.87 | 11,027.23 | 20.49% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | $166,570.74 | $26,330.33 | 48.92% |
| **GENERAL UNSECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| **TOTAL DISBURSEMENTS** | $194,058.90 | $53,818.49 | 100.00% |

**PART B**

# FORM 4 - Distribution Report for Closed Asset Cases

**Case No.** : 7439907410
**Case Name** : RAVENN DATA SYSTEMS, INC
**Date Filed/Converted to Ch. 7 :** 02/08/00

**Date Submitted:** 11/24/04
**Trustee Name** : GREGORY A. AKERS

| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 1,918.10 | 1,918.10 | 3.56% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $1,918.10 | $1,918.10 | 3.56% |

Printed: 11/24/04 02:28 PM

# Form 4 Worksheet

## By Form 4 Category

**Case:** RAVENN DATA SYSTEMS, INC (99-07410-A7)
**Trustee:** GREGORY A. AKERS (007310)
**Submitted:** 11/24/04

# Net Receipts

## Gross Receipts

**Receipts**

| Date | Type | Account | Description | Code | Amount |
|---|---|---|---|---|---|
| 05/02/00 | Deposit: 100001-1 | 312732968365 | RICOH<br>A/R | 1221-000 | 400.00 |
| 05/02/00 | Deposit: 100001-2 | 312732968365 | PSINET<br>A/R | 1221-000 | 500.00 |
| 05/22/00 | Deposit: 100002-1 | 312732968365 | PSI NET<br>POP RENT | 1221-000 | 500.00 |
| 05/31/00 | Interest: 1 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.3000% | 1270-000 | 1.35 |
| 06/06/00 | Deposit: 100003-1 | 312732968365 | BANK OF AMERICA<br>CASH FROM BANK ACCT | 1229-000 | 147.25 |
| 06/06/00 | Deposit: 100003-2 | 312732968365 | TRW<br>A/R | 1221-000 | 2,000.00 |
| 06/20/00 | Deposit: 100004-1 | 312732968365 | CAL FED<br>TURNOVER OF DIP FUNDS | 1229-000 | 16,731.66 |
| 06/20/00 | Deposit: 100005-1 | 312732968365 | PSINET<br>POP RENT | 1221-000 | 500.00 |
| 06/30/00 | Interest: 2 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.3000% | 1270-000 | 11.57 |
| 07/31/00 | Interest: 3 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.3000% | 1270-000 | 36.48 |
| 08/26/00 | Deposit: 100006-1 | 312732968365 | GLENN RITZMANN<br>PURCHASE ALL ASSETS | 1229-000 | 10,000.00 |
| 08/31/00 | Interest: 4 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.3000% | 1270-000 | 35.19 |
| 09/29/00 | Interest: 5 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.3000% | 1270-000 | 51.73 |
| 10/31/00 | Interest: 6 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.3000% | 1270-000 | 52.75 |
| 11/30/00 | Interest: 7 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.3000% | 1270-000 | 51.12 |
| 12/29/00 | Interest: 8 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.1500% | 1270-000 | 50.70 |
| 01/31/01 | Interest: 9 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 2.0000% | 1270-000 | 46.03 |
| 02/28/01 | Interest: 10 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.8000% | 1270-000 | 36.63 |
| 03/30/01 | Interest: 11 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.7000% | 1270-000 | 37.97 |
| 04/30/01 | Interest: 12 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.6000% | 1270-000 | 35.95 |

# Form 4 Worksheet

## By Form 4 Category

**Case:** RAVENN DATA SYSTEMS, INC (99-07410-A7)

**Trustee:** GREGORY A. AKERS (007310)

**Submitted:** 11/24/04

| | | | | | |
|---|---|---|---|---|---|
| 05/25/01 | Deposit: 100007-1 | 312732968365 | GARY MASON<br>REPAYMENT OF UNAUTHORIZED CH 11 EXPENDITURES | 1241-000 | 21,653.26 |
| 05/31/01 | Interest: 13 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.6000% | 1270-000 | 37.38 |
| 06/29/01 | Interest: 14 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.5000% | 1270-000 | 60.41 |
| 07/31/01 | Interest: 15 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.5000% | 1270-000 | 61.01 |
| 08/31/01 | Interest: 16 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.5000% | 1270-000 | 61.09 |
| 09/28/01 | Interest: 17 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.3000% | 1270-000 | 55.77 |
| 10/31/01 | Interest: 18 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.1500% | 1270-000 | 48.52 |
| 11/30/01 | Interest: 19 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.0500% | 1270-000 | 42.44 |
| 12/31/01 | Interest: 20 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 1.0500% | 1270-000 | 42.92 |
| 01/31/02 | Interest: 21 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 0.9500% | 1270-000 | 40.70 |
| 02/28/02 | Interest: 22 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 0.8500% | 1270-000 | 33.01 |
| 03/29/02 | Interest: 23 | 312732968365 | THE CHASE MANHATTAN BANK<br>Interest posting at 0.8500% | 1270-000 | 34.82 |
| 04/30/02 | Interest: 24 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.8500% | 1270-000 | 33.70 |
| 05/31/02 | Interest: 25 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.8000% | 1270-000 | 33.66 |
| 06/28/02 | Interest: 26 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.8000% | 1270-000 | 31.76 |
| 07/31/02 | Interest: 27 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.8000% | 1270-000 | 32.84 |
| 08/30/02 | Interest: 28 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.7500% | 1270-000 | 30.81 |
| 09/30/02 | Interest: 29 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.7500% | 1270-000 | 29.83 |
| 10/31/02 | Interest: 30 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.7500% | 1270-000 | 30.85 |
| 11/29/02 | Interest: 31 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.4300% | 1270-000 | 20.10 |
| 12/31/02 | Interest: 32 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.4300% | 1270-000 | 17.69 |
| 01/31/03 | Interest: 33 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.4300% | 1270-000 | 17.69 |
| 02/28/03 | Interest: 34 | 312732968365 | JPMORGAN CHASE BANK | 1270-000 | 15.99 |

# Form 4 Worksheet

## By Form 4 Category

**Case:** RAVENN DATA SYSTEMS, INC (99-07410-A7)

**Trustee:** GREGORY A. AKERS (007310)

**Submitted:** 11/24/04

| Date | Description | Account | Payee / Memo | Code | Amount |
|---|---|---|---|---|---|
| | | | Interest posting at 0.4300% | | |
| 03/31/03 | Interest: 35 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.4000% | 1270-000 | 13.83 |
| 04/30/03 | Interest: 36 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.4000% | 1270-000 | 11.73 |
| 05/30/03 | Interest: 37 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.4000% | 1270-000 | 12.08 |
| 06/30/03 | Interest: 38 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.3000% | 1270-000 | 9.84 |
| 07/31/03 | Interest: 39 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.3000% | 1270-000 | 9.06 |
| 08/29/03 | Interest: 40 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.2500% | 1270-000 | 7.55 |
| 09/30/03 | Interest: 41 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.2500% | 1270-000 | 7.31 |
| 10/31/03 | Interest: 42 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.2000% | 1270-000 | 6.82 |
| 11/28/03 | Interest: 43 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.2000% | 1270-000 | 5.85 |
| 12/31/03 | Interest: 44 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.2000% | 1270-000 | 6.04 |
| 01/30/04 | Interest: 45 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.2000% | 1270-000 | 6.02 |
| 02/27/04 | Interest: 46 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.2000% | 1270-000 | 5.64 |
| 03/31/04 | Interest: 47 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.1500% | 1270-000 | 5.54 |
| 04/30/04 | Interest: 48 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.1500% | 1270-000 | 4.37 |
| 05/28/04 | Interest: 49 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.1500% | 1270-000 | 4.52 |
| 06/30/04 | Interest: 50 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.1500% | 1270-000 | 4.37 |
| 07/30/04 | Interest: 51 | 312732968365 | JPMORGAN CHASE BANK<br>Interest posting at 0.1500% | 1270-000 | 3.76 |
| 08/13/04 | Interest: 52 | 312732968365 | JPMORGAN CHASE BANK<br>Current Interest Rate is 0.1500% | 1270-000 | 1.53 |
| | | | | | 53,818.49 |
| | | | | **Total for Gross Receipts** | **53,818.49** |

| **Total Net Receipts:** | **53,818.49** |
|---|---|

# Form 4 Worksheet

## By Form 4 Category

**Case:** RAVENN DATA SYSTEMS, INC (99-07410-A7)
**Trustee:** GREGORY A. AKERS (007310)
**Submitted:** 11/24/04

# Disbursements

## Secured Claims

**Other Governmental Tax Liens**

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| 08/21/04 | Check: 102 | 312732968366 | FRANCHISE TAX BOARD<br>TAX LIEN; CAL CORP #1870514; RD3S1 | 4800-000 | 408.00 |
| | | | **Total for Secured Claims** | | **408.00** |

## Ch. 7 Administrative Fees and Expenses

**Trustee Fees**

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| 06/30/04 | Disb. Memo: 1019 | 312732968365 | GREGORY AKERS<br>PER COURT ORDER, CH 7 TRUSTEE FEES AND COSTS<br>Check amount is 6,184.37 | 2100-000 | 5,939.72 |

**Trustee Expenses**

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| 03/20/02 | Check: 1011 | 312732968365 | ROBERTS COPY CENTERS<br>COPIES | 2200-000 | 21.96 |
| 06/30/04 | Disb. Memo: 1019 | 312732968365 | GREGORY AKERS<br>PER COURT ORDER, CH 7 TRUSTEE FEES AND COSTS<br>Check amount is 6,184.37 | 2200-000 | 244.65 |
| | | | | | 266.61 |

**Other Firm's Legal Fees**

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| 03/05/03 | Disb. Memo: 1013 | 312732968365 | ROBERT D. MOLDENHAUER, ESQ.<br>PER COURT ORDER, CH 7 LEGAL FEES AND COSTS<br>Check amount is 10,090.57 | 3210-000 | 9,960.00 |

**Other Firm's Legal Expenses**

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| 03/05/03 | Disb. Memo: 1013 | 312732968365 | ROBERT D. MOLDENHAUER, ESQ.<br>PER COURT ORDER, CH 7 LEGAL FEES AND COSTS<br>Check amount is 10,090.57 | 3220-000 | 130.57 |
| 04/23/03 | Check: 1015 | 312732968365 | ROBERT D. MOLDENHAUER, ESQ.<br>ADDITIONAL COSTS | 3220-000 | 152.54 |
| | | | | | 283.11 |

**Other Firm's Accounting Fees**

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| 03/05/03 | Disb. Memo: 1014 | 312732968365 | ALAN MYERS, CPA<br>PER COURT ORDER, CH 7 ACCTG FEES AND COSTS<br>Check amount is 2,718.66 | 3410-000 | 2,298.50 |

# Form 4 Worksheet
## By Form 4 Category

**Case:** RAVENN DATA SYSTEMS, INC (99-07410-A7)
**Trustee:** GREGORY A. AKERS (007310)
**Submitted:** 11/24/04

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| **Other Firm's Accounting Expenses** | | | | | |
| 03/05/03 | Disb. Memo: 1014 | 312732968365 | ALAN MYERS, CPA<br>PER COURT ORDER, CH 7 ACCTG FEES AND COSTS<br>Check amount is 2,718.66 | 3420-000 | 420.16 |
| **Auctioneer/Liquidator Expenses** | | | | | |
| 01/09/01 | Check: 1008 | 312732968365 | FISCHER AUCTION CO.<br>OUT OF POCKET LABOR COSTS RE AUCTION | 3620-000 | 1,150.00 |
| **Other Professional Fees/Expenses** | | | | | |
| 09/25/00 | Check: 1006 | 312732968365 | COMMERCIAL AUCTION COMPANY<br>ADJUSTER SERVICES | 3991-000 | 441.51 |
| **Other Expenses** | | | | | |
| 05/22/00 | Check: 1001 | 312732968365 | ALLSPACE - SAN MARCOS<br>STORAGE UNIT F900-U; MAY 2000 | 2410-000 | 710.00 |
| 06/06/00 | Check: 1002 | 312732968365 | ALLSPACE - SAN MARCOS<br>UNIT F900-U; JUNE 00 | 2410-000 | 700.00 |
| 06/27/00 | Check: 1003 | 312732968365 | ALLSPACE - SAN MARCOS<br>SPACE F900-U; JULY 2000 | 2410-000 | 700.00 |
| 07/27/00 | Check: 1004 | 312732968365 | ALLSPACE - SAN MARCOS<br>SPACE F900-U; AUGUST 2000 | 2410-000 | 700.00 |
| 08/26/00 | Check: 1005 | 312732968365 | ALLSPACE - SAN MARCOS<br>SPACE F900-U; SEPTEMBER 2000 | 2410-000 | 700.00 |
| 01/02/01 | Check: 1007 | 312732968365 | INTERNATIONAL SURETIES, LTD<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2001 FOR CASE #99-07410-A7, PRO-RATA BLANKET BOND PAYMENT; BOND SB9915570 | 2300-000 | 17.45 |
| 12/11/01 | Check: 1009 | 312732968365 | INTERNATIONAL SURETIES, LTD<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/11/2001 FOR CASE #99-07410-A7, LIBERTY MUTUAL INSURANCE CO. BOND #016025040; 11/15/01 - 11/15/02 | 2300-000 | 32.07 |
| 03/15/02 | Check: 1010 | 312732968365 | INTERNATIONAL SURETIES, LTD<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/15/2002 FOR CASE #99-07410-A7, BLANKET BOND #016025040 | 2300-000 | 5.29 |
| 12/04/02 | Check: 1012 | 312732968365 | INTERNATIONAL SURETIES, LTD<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/04/2002 FOR CASE #99-07410-A7, CHAPTER 7 PANEL TRUSTEE BLANKET BOND #016025040 | 2300-000 | 38.71 |
| 05/22/03 | Check: 1016 | 312732968365 | INTERNATIONAL SURETIES, LTD<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/22/2003 FOR CASE #99-07410-A7 | 2300-000 | 3.77 |

# Form 4 Worksheet

## By Form 4 Category

**Case:** RAVENN DATA SYSTEMS, INC (99-07410-A7)
**Trustee:** GREGORY A. AKERS (007310)
**Submitted:** 11/24/04

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| 08/23/03 | Check: 1017 | 312732968365 | INTERNATIONAL SURETIES, LTD<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/23/2003 FOR CASE #99-07410-A7 | 2300-000 | 1.90 |
| 12/11/03 | Check: 1018 | 312732968365 | INTERNATIONAL SURETIES, LTD<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/11/2003 FOR CASE #99-07410-A7, BLANKET BOND PAYMENT BOND# 016025040 | 2300-000 | 43.26 |
| | | | | | 3,652.45 |
| **U.S. Trustee Fees** | | | | | |
| 08/21/04 | Check: 101 | 312732968366 | UNITED STATES TRUSTEE<br>U.S. TRUSTEE FEES, CASE 99-07410-A7 | 2950-000 | 750.00 |
| | | | **Total for Ch. 7 Administrative Fees and Expenses** | | **25,162.06** |

## Ch. 11 Administrative Fees and Expenses

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| **Other State or Local Income or BusinessTaxes** | | | | | |
| 08/21/04 | Check: 103 | 312732968366 | EDD<br>CH 11 ADM EXPENSE; EDD #412-6632-1 | 6820-000 | 1,918.10 |
| | | | **Total for Ch. 11 Administrative Fees and Expenses** | | **1,918.10** |

## Priority Claims

| Date | Reference | Account | Payee / Description | Code | Amount |
|---|---|---|---|---|---|
| **Wages 507(a)(3)** | | | | | |
| 08/21/04 | Check: 104 | 312732968366 | JAMES MICHALSKI<br>PRIORITY CLAIM | 5300-000 | 2,411.69 |
| 08/21/04 | Check: 105 | 312732968366 | SANDRA CLINE<br>PRIORITY CLAIM | 5300-000 | 606.55 |
| 08/21/04 | Check: 106 | 312732968366 | VIRGINIA CREGGER<br>PRIORITY CLAIM | 5300-000 | 982.30 |
| 08/21/04 | Check: 107 | 312732968366 | BOBBY ACAIN<br>PRIORITY CLAIM | 5300-000 | 3,548.61 |
| 08/21/04 | Check: 108 | 312732968366 | SOUTHONE SAYSANSAY<br>PRIORITY CLAIM; voided on 09/17/04 | 5300-003 | 1,368.77 |
| 08/21/04 | Check: 109 | 312732968366 | DARREN MINNICH<br>PRIORITY CLAIM | 5300-000 | 2,065.18 |
| 08/21/04 | Check: 110 | 312732968366 | BRUCE MAYO<br>PRIORITY CLAIM; voided on 09/28/04 | 5300-003 | 4,300.00 |
| 09/17/04 | Void: 108 | 312732968366 | SOUTHONE SAYSANSAY<br>PRIORITY CLAIM; issued on 08/21/04 | 5300-003 | -1,368.77 |
| 09/17/04 | Check: 113 | 312732968366 | SOUNTHON SAYSANASY<br>PRIORITY CLAIM; voided on 09/28/04 | 5300-003 | 1,368.77 |
| 09/28/04 | Void: 110 | 312732968366 | BRUCE MAYO<br>PRIORITY CLAIM; issued on 08/21/04 | 5300-003 | -4,300.00 |
| 09/28/04 | Void: 113 | 312732968366 | SOUNTHON SAYSANASY | 5300-003 | -1,368.77 |

# Form 4 Worksheet
## By Form 4 Category

**Case:** **RAVENN DATA SYSTEMS, INC (99-07410-A7)**
**Trustee:** **GREGORY A. AKERS (007310)**
**Submitted: 11/24/04**

| | | | | | |
|---|---|---|---|---|---|
| | | | PRIORITY CLAIM; issued on 09/17/04 | | |
| 10/26/04 | Disb. Adj.: 1 | 312732968366 | U.S. REGISTRY<br>TRUST CHECK 260026534 | 5300-000 | 5,668.77 |
| | | | | | 15,303.10 |

**Claims on Governmental Units 507(a)(8)**

| | | | | | |
|---|---|---|---|---|---|
| 08/21/04 | Check: 111 | 312732968366 | FRANCHISE TAX BOARD<br>PRIORITY TAX CLAIM; CAL CORP #1870514; RD3S1 | 5800-000 | 8,220.43 |
| 08/21/04 | Check: 112 | 312732968366 | EDD<br>PRIORITY TAX CLAIM; EDD #412-6632-1 | 5800-000 | 2,806.80 |
| | | | | | 11,027.23 |

**Total for Priority Claims** **26,330.33**

| **Total Disbursements:** | **53,818.49** |
|---|---|

To: Terry.Hayes
From: Greg Akers <gakers@gregakers.net>
Subject: Ravenn Data Systems; 99-07410 -- Form 4
Cc:
Bcc:
Attached: A:\7439907410_form4.txt;


Gregory A. Akers
10731 Treena St., Ste. 209
San Diego, CA 92131
858/635-9350
858/635-9352 FAX